CJA 20  APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

P05-0251

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| CAE | Covarrubias, Cammie Kay | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:05-000150-002 | | |

| 7. IN CASE/MATTER OF  (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Miyahara | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section)  If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 1708.F -- THEFT OR RECEIPT OF STOLEN MAIL MATTER

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS

Mitts, Gregory H.
1309 L Street
Bakersfield CA 93301

Telephone Number:   (661) 323-0789

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)

**13. COURT ORDER**

☒ O  Appointing Counsel
☐ F  Subs For Federal Defender
☐ P  Subs For Panel Attorney

☐ C  Co-Counsel
☐ R  Subs For Retained Attorney
☐ Y  Standby Counsel

Prior Attorney's Name:
Appointment Date:

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,
or ☐ Other (See Instructions)

*Signature of Presiding Judicial Officer or By Order of the Court*

05/10/2005   5/18/2005

Date of Order          Nunc Pro Tunc Date

5/10/2005

Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES   ☒ NO

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | 0.5 | 45-00 | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| In Court | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $90.00)  **TOTALS:** | 0.5 | 45-00 | | | |
| 16. | a. Interviews and Conferences | 0.5 | 46-00 | | | |
| | b. Obtaining and reviewing records | | | | | |
| Out of Court | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work  (Specify on additional sheets) | | | | | |
| | (Rate per hour = $90.00)  **TOTALS:** | 0.5 | 45-00 | | | |
| 17. | Travel Expenses  (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses  (other than expert, transcripts, etc.) | | | | | |
| | **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | 90-00 | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|---|
| FROM  5/16/05  TO  5/16/05 | | 5/17/05 | |

**22. CLAIM STATUS**   ☒ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  ☐ YES  ☒ NO  If yes, were you paid?  ☐ YES  ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?  ☐ YES  ☒ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____   Date:  08/22/05

## APPROVED FOR PAYMENT -- COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT |
|---|---|---|---|---|
| $45.00 | $45.00 | | | $90.00 |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|---|
| *Melissa A. Woldner* | | 8/30/2005 | 72BJ |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE)  Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|

AUG 2 3 2005

Case Name ____Camarrubias Carrarrubias____

Case Number ____1:05 cr 050____

Page ____ of ____

## In-Court/Hourly Worksheet

| Date | Brief Description of Services | Arraignment and/or Plea | Bail/Detention Hearing | Motion Hearing | Trial | Sentencing Hearings | Revocations Hearings | Appeals Court | Other (specify) |
|------|------------------------------|--------------------------|------------------------|----------------|-------|---------------------|----------------------|---------------|-----------------|
| | *Out of Court* | | | | | | | | |
| 5/6/05 | Init app. | .5 | | | | | | | |
| 5/6/05 | Interview/conference | .5 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Page Total** | | | | | | | | | |
| **Grand Total** | | | | | | | | | |