PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**        ) | |
| )                                      | |
| vs.                          )         | **Docket Number:  1:05CR00150-002** |
| )                                      | |
| **CAMMIE KAY COVARRUBIAS**          ) | |
| )                                      | |

On October 14, 2005, the above-named was placed on Supervised Release for a period of 3 years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Thomas A. Burgess

**THOMAS A. BURGESS
Senior United States Probation Officer**

Dated:         January 22, 2008
               Bakersfield, California
               TAB:ks

**REVIEWED BY:**     /s/ Rick C. Louviere
                    **RICK C. LOUVIERE
                    Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re: CAMMIE KAY COVARRUBIAS**
**Docket Number:   1:05CR00150-002**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   February 15, 2008**                    /s/ Oliver W. Wanger
                                                                   UNITED STATES DISTRICT JUDGE